Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−27104−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carol Lang
   2543 S. Shore Drive
   Williamstown, NJ 08094

Social Security No.:
   xxx−xx−0720

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              11/1/17
Time:              09:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: September 26, 2017
JAN: dmb

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                            Case No. 17-27104-JNP
Carol Lang                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Sep 26, 2017
                              Form ID: 132             Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2017.
```
db           +Carol Lang,    2543 S. Shore Drive,    Williamstown, NJ 08094-4142
lm           +Specialized Loan Servicing LLC,    8742 Lucent Boulevard,    #300,
               Highlands Ranch, CO 80129-2386
517029156    +ARS Acct Res,    1643 Harrison Pkwy,    Suite 100,    Sunrise, FL 33323-2857
517029157   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court:   Bank of America,    PO Box 982238,    El Paso, TX 79998)
517029158    +Capital One,    PO Box 30253,    Salt Lake City, UT 84130-0253
517029159    +Charles Esposito c/o DSG Collection,    1824 W. Grand Ave,    Suite 200,    Chicago, IL 60622-6721
517029160    +CitiFinancial c/o RCS,    PO Box 10497,    Greenville, SC 29603-0497
517029161    +Commonwealth Financial Systems,    245 Main Street,    Dickinson City, PA 18519-1641
517029162    +Dr. Leonards/Carol Wright,    1515 S. 21st Street,    Clinton, IA 52732-6676
517029166    +Kennedy Health Services c/o Fin,    Recoveries,    200 E Park Dr,    Suite 100,
               Mount Laurel, NJ 08054-1297
517029167    +Macys,    PO Box 8218,    Manson, OH 45040-8218
517029168    +Mont Ward c/o Merch Credit Guide,    223 W. Jackson Blvd,    Suite 410,    Chicago, IL 60606-6908
517029169    +Rehab Care Associates c/o AA Col,    29 Columbia Turnpike,    Suite 303,
               Florham Park, NJ 07932-2240
517029170    +SLS,    8742 Lucent Blvd,    Suite 300,    Highlands Ranch, CO 80129-2386
517029171    +Seventh Ave,    1112 7th Ave,    Monroe, WI 53566-1364
517029172     Synchrony Bank c/o PRA,    120 Corp Blvd,    Suite 100,    Norfolk, VA 23502
517068284    +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Sep 26 2017 22:43:58     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 26 2017 22:43:56     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517029164     E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2017 22:47:20     Green Tree Servicing,
               332 Minnesota Street,    Suite 610,    St Paul, MN 55101
517027954    +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2017 22:47:21     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517029165    +E-mail/Text: collect@williamsalexander.com Sep 26 2017 22:43:39     Williams Alexander & Ass,
               1479 Rte 23,    S Wayne, NJ 07470-7507
                                                                                               TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517029163     Ford Finance,    No Address Given
                                                                                               TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2017 at the address(es) listed below:
```
              Bruce J. Duke    on behalf of Debtor Carol  Lang bruceduke@comcast.net, bdukeecf@gmail.com
              Denise E. Carlon    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of  New York,
               asTrustee fo rthe certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES,SERIES
               2006-26 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-1          User: admin                Page 2 of 2              Date Rcvd: Sep 26, 2017
                              Form ID: 132               Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                               TOTAL: 4