Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−27104−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Carol Lang
  2543 S. Shore Drive
  Williamstown, NJ 08094

Social Security No.:
  xxx−xx−0720

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/3/17.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 3, 2017
JAN: cmf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-27104-JNP
Carol Lang                                                          Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2            Date Rcvd: Nov 03, 2017
                              Form ID: 148             Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 05, 2017.
```
db         +Carol Lang,    2543 S. Shore Drive,    Williamstown, NJ 08094-4142
lm         +Specialized Loan Servicing LLC,    8742 Lucent Boulevard,    #300,
             Highlands Ranch, CO 80129-2386
517029156  +ARS Acct Res,    1643 Harrison Pkwy,    Suite 100,    Sunrise, FL 33323-2857
517029159  +Charles Esposito c/o DSG Collection,    1824 W. Grand Ave,    Suite 200,    Chicago, IL 60622-6721
517029160  +CitiFinancial c/o RCS,    PO Box 10497,    Greenville, SC 29603-0497
517029161  +Commonwealth Financial Systems,    245 Main Street,    Dickinson City, PA 18519-1641
517095405  +Dr Leonards Shop Now,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,
             Dallas, TX 75380-0849
517029162  +Dr. Leonards/Carol Wright,    1515 S. 21st Street,    Clinton, IA 52732-6676
517029166  +Kennedy Health Services c/o Fin,    Recoveries,    200 E Park Dr,    Suite 100,
             Mount Laurel, NJ 08054-1297
517029168  +Mont Ward c/o Merch Credit Guide,    223 W. Jackson Blvd,    Suite 410,    Chicago, IL 60606-6908
517095232  +Montgomery Ward,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
517029169  +Rehab Care Associates c/o AA Col,    29 Columbia Turnpike,    Suite 303,
             Florham Park, NJ 07932-2240
517029170  +SLS,    8742 Lucent Blvd,    Suite 300,    Highlands Ranch, CO 80129-2386
517029171  +Seventh Ave,    1112 7th Ave,    Monroe, WI 53566-1364
517095236  +Seventh Avenue,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
517095263  +Stoneberry,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
517029172   Synchrony Bank c/o PRA,    120 Corp Blvd,    Suite 100,    Norfolk, VA 23502
517068284  +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
             8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517095229  +The Swiss Colony,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,
             Dallas, TX 75380-0849
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Nov 03 2017 22:57:29     U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 03 2017 22:57:26     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
517029157   EDI: BANKAMER.COM Nov 03 2017 22:23:00      Bank of America,    PO Box 982238,
             El Paso, TX 79998
517029158  +EDI: CAPITALONE.COM Nov 03 2017 22:23:00      Capital One,    PO Box 30253,
             Salt Lake City, UT 84130-0253
517029164   EDI: RMSC.COM Nov 03 2017 22:23:00      Green Tree Servicing,    332 Minnesota Street,
             Suite 610,    St Paul, MN 55101
517029167  +EDI: TSYS2.COM Nov 03 2017 22:23:00      Macys,    PO Box 8218,    Manson, OH 45040-8218
517133113   EDI: PRA.COM Nov 03 2017 22:23:00      Portfolio Recovery Associates, LLC,    c/o Jc Penney,
             POB 41067,    Norfolk VA 23541
517029171  +EDI: CBS7AVE Nov 03 2017 22:23:00      Seventh Ave,    1112 7th Ave,    Monroe, WI 53566-1364
517027954  +EDI: RMSC.COM Nov 03 2017 22:23:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
             PO Box 41021,    Norfolk, VA 23541-1021
517029165  +E-mail/Text: collect@williamsalexander.com Nov 03 2017 22:57:11     Williams Alexander & Ass,
             1479 Rte 23,    S Wayne, NJ 07470-7507
                                                                                               TOTAL: 10

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517029163      Ford Finance,   No Address Given
                                                                                               TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2017                                           Signature:  /s/Joseph Speetjens

```
District/off: 0312-1           User: admin                Page 2 of 2               Date Rcvd: Nov 03, 2017
                               Form ID: 148               Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2017 at the address(es) listed below:

```
              Bruce J. Duke    on behalf of Debtor Carol  Lang bruceduke@comcast.net,  bdukeecf@gmail.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of  New York,
               asTrustee fo rthe certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES,SERIES
               2006-26 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```